■ PEOPLE ex rel. WILLIAM ST. GERMAIN, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [595 NYS2d 707] —Motion for leave to appeal denied. Memorandum: The County Clerk has informed the Court that there is no record of any such judgment dismissing relator's petition having been entered. Moreover, an appeal from a judgment dismissing a habeas corpus petition lies as of right rather than by permission. Present— Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.